■ MICHAEL SCHEPPERLY, Respondent, v COLD SPRING CONSTRUCTION COMPANY, Appellant. — Order unanimously affirmed, with costs, for reasons stated in memorandum decision

at Special Term, Doyle, J. (Appeal from order of Supreme Court, Erie County, Doyle, J. — increase *ad damnum* clause.) Present — Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.